AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:26mj 011-JTA |
| Jason Williams | ) | |
| | ) | |
| | ) | |
| | ) | |

RECEIVED

2026 JAN 22 | P 4: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 21, 2026 _____ in the county of _____ Montgomery _____ in the _____ Middle _____ District of _____ Alabama _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 922(g)(1) | Felon in Possesison of a Firearm |

This criminal complaint is based on these facts:

See attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Andrew Erdmann, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/22/2026 _____

_____
*Judge's signature*

City and state: _____ Montgomery, Alabama _____

JERUSHA T. ADAMS, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Andrew Erdmann, being duly sworn, depose and state the following:

1. I am a Special Agent and Certified Explosives Specialist with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been so employed since December 2016. I have a bachelor's degree in criminal justice from the University of South Alabama and a master's certificate in explosives forensics from Oklahoma State University. I have previously served as a police officer and detective for six years with the Mobile Police Department in Alabama. During this time, I was involved in numerous search and arrest warrants. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy located in Glynco, Georgia, the Federal Law Enforcement Training Center, Criminal Investigator Training Program, and the ATF Special Agent Basic Training Academy. I make this affidavit in my official capacity as a Special Agent with the ATF. This affidavit is based upon my present knowledge obtained during my investigation as well as information provided to me by other law enforcement officers.

2. On October 4, 2025, a mass shooting event occurred in downtown Montgomery, Alabama. Two people were killed in the shooting, and 12 others were injured by gunfire. During the course of the investigation, it was determined that the shooting occurred between members of two Montgomery area street gangs. The gangs were identified as KLANN, DOA, and other gangs associated with KLANN and DOA. Two individuals associated with KLANN were found to be present during the shooting. Those individuals were identified as black male Ivan

Floyd, D.O.B: 09/06/2003, and black male Jason Williams, D.O.B: 01/11/2005. I know Jason Williams to be a convicted felon in the state of Alabama, and that he is also on probation with the Alabama Bureau of Pardons and Parole.

3. Montgomery Police Department (MPD) was previously aware of both Floyd and Williams. Floyd was known to have an active felony arrest warrant for a recent armed robbery. On November 6, 2025, the United States Marshals Service (USMS) Gulf Coast Regional Fugitive Task Force (GCRFTF) located Floyd at 3100 Ashley Road, Montgomery, Alabama. Williams and black female Ja'briel Merriweather were also located at the residence at the time of Floyd's arrest. A state search warrant was executed at the residence, during which time firearm ammunition was located in a bedroom believed to have been occupied by Williams and Merriweather. I conducted an interview with Williams, during which time he denied knowledge of the ammunition located in the bedroom. Williams also denied possessing a firearm during the October 4 shooting.

4. On January 21, 2026, officers with Montgomery Police Department (MPD) were dispatched to 3100 Ashley Road in reference to a disturbance. Officers were advised of a dispute between a boyfriend and girlfriend. The dispatcher also advised they heard what appeared to be gunfire in the background. The dispatcher advised officers that the male party was wearing a black hoodie and khaki pants. The Alabama Law Enforcement Agency (ALEA) Aviation Unit was flying nearby and responded to assist with ariel surveillance due to the nature of the call. While in route to Ashley Road, officers received another update, in reference to a female caller advising officers could cancel their response. Officers were unable to cancel their response, due to the call possibly involving a domestic dispute.

2

5. Officers arrived on scene and immediately observed a black male wearing clothes matching the description provided by dispatch. Officers then observed the black male walk toward the rear of the residence. ALEA pilots observed the black male on camera as he entered the back yard of the residence. The pilots advised officers that they observed the black male place something in a garbage can located at the rear of the residence. Officers located the male and placed him in handcuffs, at which point he was identified as Jason Williams. Upon opening the garbage can, officers observed a firearm protruding from underneath the top garbage bag. Officers identified the firearm as a Glock pistol equipped with a machinegun conversion device (MCD). Officers spoke with the female who attempted to cancel law enforcement's response and identified her as Ja'briel Merriweather. Merriweather would only advise that she attempted to cancel law enforcement and that her boyfriend had left the residence. Merriweather would not identify her boyfriend, and officers described her as uncooperative.

6. Williams was arrested and taken to MPD Special Operations Division (SOD). ATF Task Force Officer (TFO) Moore and I were contacted and responded to assist further with the investigation. Upon arriving at SOD, I reviewed camera footage from ALEA Aviation. The footage shows an individual initially walking then running toward a garbage can located at the rear of 3100 Ashley. The individual appears to have an object in his right hand, but the aviation camera was initially in infrared (IR) mode and the object cannot be identified. The individual can then be seen opening the lid and briefly bending over and reaching into the garbage can with their right hand. The individual then walks toward the side of the residence, where he makes contact with officers. I also observed the recovered firearm and identified it as a Glock, model 17, 9mm pistol, S/N: BSHR257. I observed the pistol to be equipped with a silver metal

3

"box" style machinegun conversion device (MCD).    Through numerous previous investigations, I know that Glock pistols are not manufactured in the State of Alabama.

7. TFO Moore and I conducted an interview with Williams. I advised Williams of his Miranda rights, at which point he agreed to answer questions. Williams denied being in possession of a firearm or placing a firearm in the garbage can behind 3100 Ashley. Williams said he thought he placed a small bag of marijuana in the trash can but possibly dropped it on the ground. It should be noted, officers said they located a marijuana cigar on the side of 3100 Ashley in the path of Williams's travel, and a small bag of marijuana in his front pants pocket. Officers advised they did not observe a bag of marijuana in or near the garbage can where the Glock pistol was recovered. TFO Moore and I ended the interview, and Williams was placed in a holding cell. Williams later summoned law enforcement to the holding cell to ask when he was leaving and what he was being charged with. I advised Williams he was being charged with a firearm possession offense, at which time he said he observed the recovered pistol in the garbage can, but maintained that he did not place it there.

8. Law enforcement returned to 3100 Ashley to attempt to obtain further information about the incident. I was met by Ja'briel Merriweather at the residence, at which time she advised she was the only person present. Merriweather refused consent for law enforcement to search the property. I asked Merriweather why law enforcement was called to the residence. Merriweather said an unknown person was attempting to kick open the door of the residence, and that she called law enforcement and attempted to cancel their response. This statement was not consistent with the information provided by the MPD officers that initially responded to the residence.

4

9. During my investigation into Williams and through conversations with Alabama Pardons and Parole, I know Williams to have a 2024 felony conviction for Unlawful Breaking and Entering a Vehicle.  Unlawful Breaking and Entering a Vehicle is a class C felony bearing a penalty of a year and a day to ten years. Through my training and experience, I know that Glock does not manufacture any firearms in the state of Alabama. An official firearm interstate nexus report will be provided at a later date.

10. Based on my training and experience, I know that Jason Williams did violate Title 18 U.S.C. § 922(g)(1) by possessing a firearm after being convicted of an offense for which he was imprisoned for more than one year.

Andrew Erdmann
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS and EXPLOSIVES (ATF)

Sworn to and subscribed before me this _____ day of January 2026.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

5