IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2026 FEB 10 ᗡ 3: 23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26cr56-BL-SMD |
| | ) | [18 U.S.C. §922(g)(1); |
| JASON WILLIAMS | ) | 18 U.S.C. §922(o)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about January 21, 2026, in Montgomery County, within the Middle District of Alabama, the defendant,

JASON WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Glock model 17, 9mm pistol, and ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2
(Illegal Possession of a Machinegun)

On or about January 21, 2026, in Montgomery County, within the Middle District of Alabama, the defendant,

JASON WILLIAMS,

knowingly possessed a machinegun, to wit: a Glock model 17, 9mm pistol converted to fully automatic by way of a Machinegun Conversion Device, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

A.      The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.      Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) and (o) set forth in Counts 1 and 2 of this Indictment, the defendant,

### JASON WILLIAMS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1) and (o). The property includes but is not limited to a Glock model 17, 9mm pistol, bearing serial number BSHR257, converted to fully automatic by way of a Machinegun Conversion Device, and ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

J. Patrick Lamb
Assistant United States Attorney

2

Russell T. Duraski
Assistant United States Attorney